UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BMG MUSIC, et al.,**

    **Plaintiffs,**

v.                                             Case No.  8:07-cv-353-T-30MSS

**JERRY KUBICEK,**

    **Defendant.**

_____/

### **ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #8).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 22, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-353.dismissal 8.wpd